FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-mj-387 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Sunshine Pascual, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sunshine Pascual   Case 2:08-mj-387 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of _____

     _X_   Unsecured bond in the amount of $50,000

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond secured by Real Property

     __    Corporate Surety Bail Bond

     _X_   (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  3:58 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge